**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael Alan DICKENS, Defendant–
Appellant.**

**No. 14–10171
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 13, 2015.

Adam W. Overstreet, Kenyen Ray Brown, Maria E. Murphy, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Brandy B. Hambright, Hicks Matranga & Hambright, Mobile, AL, for Defendant–Appellant.

Michael Alan Dickens, Monroeville, AL, pro se.

Before MARCUS, JULIE CARNES and EDMONDSON, Circuit Judges.

PER CURIAM:

Brandy Hambright, appointed counsel for Michael Dickens, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dickens's conviction and sentence are **AFFIRMED.**